IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA <br><br> Plaintiff <br><br> v. <br><br> SHERRY BAILEY, SHARMON HOWARD, and KENNETH MOON, JR. <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION FILE NUMBER <br> ) **CV616-060** <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER TO DEPOSIT FUNDS INTO REGISTRY OF COURT

Plaintiff THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential") filed a complaint in interpleader and moved for permission to present a check in the amount $591,564.90, plus applicable claim interest, if any, payable to the Clerk of this Court as a deposit into the Court's Registry of death benefits plus applicable claim interest, if any payable under Group Life Insurance Policy number G-11462 ("the Group Policy") by reason of the death of Russell Bailey.

NOW THEREFORE, it is ordered that the Clerk of this Court accept Prudential's check and receive into the Registry of this Court the sum represented thereby as payment by Prudential of death benefits plus applicable claim interest, if any, payable under the Group Policy for ultimate disposition by order of this Court in the above-styled interpleader action.

This 26th day of May, 2016.

_____
United States ~~District~~ Judge
Magistrate