IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| The Prudential Insurance Company of America,<br>    Plaintiff<br><br>vs.<br><br>Sherry Bailey, Sharmon Howard, and Kenneth Moon, Jr.,<br>    Defendant | CASE NUMBER: CV616-60, |

## CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that __The Prudential Insurance Company of America__ has deposited with the Court the sum of $ __646,862.86__ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __6th__ day of __June__, __2016__, by Order of this Court.

SCOTT L. POFF, CLERK

By: _Walker Prescott_
    Deputy Clerk

(Rev. 9/02)

```
&%RP&%D4&%RPCourt Name: Southern District of
 Georgia
Division: 4
Receipt Number: SAV026387
Cashier ID: wprescot
Transaction Date: 06/06/2016
Payer Name: Prudential Insurance Co.
------------------------------------
TREASURY REGISTRY
 For: Prudential Insurance Co.
 Case/Party: D-GAS-6-16-CV-000060-001
 Amount:         $367,397.16
TREASURY REGISTRY
 For: Prudential Insurance Co.
 Case/Party: D-GAS-6-16-CV-000060-001
 Amount:         $279,465.70
------------------------------------
CHECK
 Check/Money Order Num: 2104
 Amt Tendered:   $367,397.16
CHECK
 Check/Money Order Num: 2103
 Amt Tendered:   $279,465.70
------------------------------------
Total Due:      $646,862.86
Total Tendered: $646,862.86
Change Amt:     $0.00
```