# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| PRUDENTIAL LIFE INS. CO. OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV616-060 |
| SHERRY BAILEY, | ) ) | |
| Counter Claimant/Defendant, | ) ) | |
| SHARMON HOWARD, *et al.*, | ) ) | |
| Defendants. | ) | |

## ORDER

Given the Court's Order granting in part and denying in part judgment on the pleadings and granting interpleader (doc. 31), the parties are **ORDERED** to meet and confer and, within 14 days of service of this Order, submit to the Court their Rule 26(f) report and proposed scheduling order.

**SO ORDERED,** this  26th  day of October, 2017.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA