IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff/Counter Defendant | ) ) | |
| vs. | ) ) | |
| SHERRY BAILEY | ) ) | Civil Action No. 6:16-CV-00060- JRH-GRS |
| Counter Claimant/Defendant, | ) ) | |
| SHARMON HOWARD, KENNETH MOON, JR., JAMES BAILEY, and RANDALL BAILEY | ) ) ) ) | |
| Defendants | ) | |

## PROPOSED SCHEDULING ORDER

Pursuant to Local Rules 26.2, the parties have requested an extension of time to complete discovery, which is GRANTED. The Court imposes the following modified deadlines:

CLOSE OF DISCOVERY
[by agreement of the parties]     06/25/2018

LAST DAY FOR FILING CIVIL MOTIONS,
**INCLUDING *DAUBERT* MOTIONS but
EXCLUDING MOTIONS IN LIMINE**
[30 DAYS AFTER CLOSE OF DISCOVERY]     07/25/2018

Motions in limine shall be filed no later than 5 days prior to the pre-trial conference.

All motions, other than summary judgment motions and motions to dismiss, shall be accompanied with a proposed order.

**SO ORDERED** this 15th day of March, 2018.

*/s/ G.R. Smith*

**UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA**