IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, )<br><br>Plaintiff/Counter Defendant )<br><br>vs. )<br><br>SHERRY BAILEY )<br><br>Counter Claimant/Defendant, )<br><br>SHARMON HOWARD, KENNETH MOON, JR., JAMES BAILEY, and RANDALL BAILEY )<br><br>Defendants ) | Civil Action No. 6:16-CV-00060- JRH-GRS |

## AMENDED SCHEDULING ORDER

Pursuant to Local Rules 26.2, the parties have requested an extension of time to complete discovery, which is GRANTED. The Court imposes the following modified deadlines:

CLOSE OF DISCOVERY
[by agreement of the parties]     08/17/2018

LAST DAY FOR FILING CIVIL MOTIONS,
**INCLUDING *DAUBERT* MOTIONS but
EXCLUDING MOTIONS IN LIMINE**
[30 DAYS AFTER CLOSE OF DISCOVERY]     09/17/2018

Motions in limine shall be filed no later than 5 days prior to the pre-trial conference.

All motions, other than summary judgment motions and motions to dismiss, shall be accompanied with a proposed order.

**SO ORDERED** this 28th day of June, 2018.

_____
**UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA**