IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| The Prudential Insurance Company of America<br>　　　　Plaintiff<br><br>　　vs.<br><br>Sherry Bailey, et al.,<br><br>　　　　Defendant | CASE NUMBER : CV616-60 |

CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that __The Prudential Insurance Company of America__ has deposited with the Court the sum of $ __374,625.05__ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __30th__ day of __July__, __2018__, by Order of this Court.

SCOTT L. POFF , CLERK

By : _____
　　　　Deputy Clerk

(Rev. 9/02)