IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | )<br>)<br>) |
| Plaintiff/Counter-Defendant | )<br>) |
| v. | ) CIVIL ACTION FILE NUMBER<br>)<br>) 6:16-CV-0060-RSB-GRS |
| SHERRY BAILEY | )<br>) |
| Counter-Claimant/Defendant | )<br>) |
| and | )<br>) |
| JAMES BAILEY and RANDALL BAILEY | )<br>)<br>) |
| Defendants | )<br>) |

## CONSENT ORDER

The above entitled cause having come before the Court upon the joint application of Defendants, Sherry Bailey, James Bailey and Randall Bailey, with the consent of Plaintiff, The Prudential Insurance Company of America ("Prudential"), for entry of an Order: (1) authorizing the Clerk of this Court to release the funds on deposit with the Court's registry in connection with the captioned matter (which represents an Accidental Death Benefit plus interest in the amount of $374,625.05, previously deposited into this Court's registry by Prudential on July 30, 2018), as hereinafter set forth; and (2) dismissing all claims

and counterclaims asserted or which could have asserted in this action and this action with prejudice, and the Court having considered the application,

**IT IS** on this 21st day of September , 2018,

**ORDERED THAT:**

1. The Clerk is hereby directed to release the funds on deposit with the Court in connection with the captioned matter, together with all interest that accrued thereon, minus any statutory user fees pursuant to Local Rule 67.3(b), via check payable to "Hugh McCullough as attorney for Sherry Bailey", which shall be delivered by the Clerk to Sherry Bailey's counsel, Hugh McCullough, Esq., 406 North Caswell Street, Glennville, Georgia 30427, as soon as the business of the Clerk's office allows.

2. Any and all claims, counterclaims, and/or cross-claims asserted or which could have been asserted by or against any party in this action are hereby dismissed with prejudice and this action is hereby dismissed with prejudice.

_____
R. STAN BAKER, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

_[signature]_
Nikole M. Crow
Georgia Bar No. 198359

Counsel for Plaintiff,
The Prudential Insurance
Company of America

WOMBLE BOND DICKINSON (US) LLP
271 17th Street, N.W., Suite 2400
Atlanta, Georgia 30363-1017
(404) 872-7000 (telephone)
(404) 888-7490 (facsimile)
nikole.crow@wbd-us.com

_[signature]_
Justin T. Jones
Georgia Bar No. 155422

Counsel for Defendant/
Counterclaimant, Sherry Bailey

7505 Waters Avenue, Suite B-5
Savannah, Georgia 31406
(912) 231-7813 (telephone)
(912) 231-7814 (facsimile)
Justin@justinjoneslaw.net

_[signature]_
James R. Coppage
Georgia Bar No. 187187

Counsel for Defendants,
James Bailey and Randall Bailey

3176 Cypress Mill Road
Brunswick, Georgia 31525
(912) 265-1237 (telephone)
(912) 265-1312 (facsimile)
lawyer1@bellsouth.net